| STATE OF LOUISIANA | * | NO. 2020-K-0174 |
| --- | --- | --- |
| VERSUS | * | COURT OF APPEAL |
| BRIAN ELLIS | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

**BELSOME, J., DISSENTS**

I would deny the writ.